# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158383(63)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JASON MICHAEL MILES,
    Defendant-Appellant.

SC: 158383
COA: 335731
Oakland CC: 2016-258387-FC

_____/

On order of the Court, the motion for reconsideration of this Court's May 22, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019



Clerk

d0904